639 A.2d 1173

**Edward F. EBERHARDT, Executor of the Estate
of Jerome Patterson, and Mildred Patterson,
in her own right, Appellants,**

v.

**GAF CORPORATION, etc., et al.**

Supreme Court of Pennsylvania.

March 31, 1994.

### ORDER

PER CURIAM.

AND NOW, this 31st day of March, 1994, the Order of the Superior Court is affirmed, —— Pa.Super. ——, 638 A.2d 273. See *Gasperin v. GAF Corporation*, No. 50 W.D.Appeal Dkt. 1993, 536 Pa. 429, 639 A.2d 1170, filed March 30, 1994.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.